UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAP TOOL INC.**,<br>    Plaintiff,<br>v.<br>**SUPERSONIC, INC.**,<br>    Defendant. | Case No.  15-cv-00279-YGR<br><br>**ORDER STAYING DEADLINES, SETTING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 21 |

The Court understands, based on the representation of the parties, that the above-captioned case has settled.  (Dkt. No. 21.)  Pursuant to stipulation, the Court hereby **STAYS** all current deadlines through June 11, 2015.  The case management conference set for May 11, 2015 is therefore **VACATED**.  Additionally, a compliance hearing regarding the status of the process of finalizing the settlement shall be held on the Court's 9:01 a.m. calendar on Friday, **June 19, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**Five (5) business days** prior to the date of the compliance hearing, the parties shall file either (1) a notice of finalized settlement agreement and stipulation of dismissal; or (2) a one-page joint statement setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

This Order terminates Docket Number 21.

**IT IS SO ORDERED.**

Dated: April 2: ." 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**