Hsiang "James" H. Lin (SBN 241472)
jlin@tklg-llp.com
Michael C. Ting (SBN 247610)
mting@tklg-llp.com\
Ken K. Fung (SBN 283854)
kfung@tklg-llp.com
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:   (650) 517-5200

*Attorneys for Plaintiff*
MAP TOOL, INC.

Daniel Cotman (SBN 218315)
dan@cotmanip.com
Rasheed M. McWilliams (SBN 281832)
rasheed@cotmanip.com
Obi I. Iloputaife (SBN 192271)
obi@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
Telephone:  (626) 405-1413

*Attorneys for Defendant,*
SUPERSONIC, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MAP TOOL INC.,<br><br>            Plaintiff,<br><br>v.<br><br>SUPERSONIC, INC.,<br><br>            Defendant. | Case No. 4:15-cv-00279-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>DEMAND FOR JURY TRIAL |

        Plaintiff Map Tool Inc. and Defendant SuperSonic, Inc., pursuant to Rule 41(a)(1)(A)(ii) 41(a)(1)(ii), hereby stipulate and agree to entry of an order in the form submitted herewith that dismisses SuperSonic, Inc. from the above-captioned action with prejudice, and with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation. The parties respectfully request that this matter be dismissed with prejudice.

Dated: August 18, 2015

Respectfully submitted,

TECHKNOWLEDGE LAW GROUP LLP

*/s/ Michael C. Ting*
Hsiang "James" H. Lin
Michael C. Ting
Ken K. Fung

*Attorneys for Plaintiff*
MAP TOOL INC.

COTMAN IP LAW GROUP, PLC

*/s/ Rasheed M. McWilliams*
Rasheed M. McWilliams
Daniel C. Cotman
Obi I. Iloputaife

*Attorneys for Defendant,*
SUPERSONIC, INC.

TECHKNOWLEDGE LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

- 2 -

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE CASE
NO. 15CV00279-YGR

# [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Stipulation of Dismissal, the Stipulation of Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them. This Order terminates Docket Number 29.

**IT IS SO ORDERED.**

Dated: August 20, 2015

Hon. YVONNE GONZALEZ ROGERS
United States District Judge